RECEIVED

FEB 2 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | *CRIMINAL NO. 6:15-0080-04 |
| VERSUS | *JUDGE WALTER |
| ANTHONY TYRONE MINOR | *MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. The defendant waived the fourteen day period within which to file written objections. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Anthony Tyrone Minor, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings. **IT IS THEREFORE ORDERED** that Anthony Tyrone Minor is finally adjudged guilty of Count One of the Bill of Information.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this ____1____ day of ____Feb____, 2017.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE